IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TORRAY BAYLOR, *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. RDB-19-1195 |
| v. | * | |
| HOMEFIX CUSTOM REMODELING CORP., *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 6th day of March, 2020 that:

1. Plaintiffs' Motion for Conditional Collective Action Certification and Court-Facilitated Notice (ECF No. 3) is GRANTED IN PART and DENIED IN PART.

2. A collective action is CONDITIONALLY CERTIFIED, with a class consisting of:
   **"all individuals who assert minimum wage or overtime claims and who work or worked to generate leads or pitches for Homefix Custom Remodeling Corporation, a/k/a Homefix Corporation at any time from March 6, 2017 to the present";**

3. The Motion is GRANTED IN PART and DENIED IN PART as to the contents and manner of the proposed Notice, as set forth in Analysis section D.1-D.4 of the Memorandum Opinion.

4. The parties SHALL CONFER and SUBMIT a Joint Proposed Notice of Collective Action consistent with the accompanying Memorandum Opinion **within seven (7) days of the date of this Order;**

5. The Defendants shall produce to Plaintiffs' counsel a file containing the full name and last known home and email addresses of all collective action members, **within fifteen (15) days of the date of this Order;**

6. Defendant Homefix Custom Remodeling Corporation's Partial Motion to Dismiss Plaintiffs' Class and Collective Action Complaint (ECF No. 14) is DENIED AS MOOT;

7. Defendant Homefix Custom Remodeling Corporation's Partial Motion to Dismiss Plaintiffs' First Amended Class and Collective Action Complaint (ECF No. 26), applied to Plaintiffs' Second Amended Complaint (ECF No. 37), is DENIED; and

8. The Clerk of this Court shall transmit copies of this Order and accompanying Memorandum Opinion to the parties.

_____
Richard D. Bennett
United States District Judge