# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TORRAY BAYLOR, et al., | * | |
| Plaintiffs, on behalf of themselves and others similarly situated, | * | Civil Action No. 1:19-cv-1195-RDB |
| | * | |
| v. | * | |
| HOMEFIX CUSTOM REMODELING, CORPORATION, et al., | | |
| | * | |
| Defendants. | * | |

## JOINT MOTION FOR APPROVAL OF PRELIMINARY SCHEDULING ORDER

The Parties, through counsel, seek an order approving a preliminary scheduling order. In support of their motion, the Parties state as follows:

1. Plaintiffs filed their collective and class complaint, asserting federal and state wage claims and a race discrimination claim, on April 24, 2019. ECF 1.

2. On May 6, 2019, Plaintiffs moved to conditionally certify their FLSA claims as a collective action. ECF 3.

3. On June 19, 2019, Defendants filed their Answer and their Partial Motion to Dismiss, seeking to dismiss Plaintiffs' race discrimination claim. ECF 14, 15. They filed their opposition to Plaintiffs' motion for conditional certification on June 28, 2019. ECF 18.

4. Thereafter, Plaintiffs filed an amended complaint, and subsequently a second amended complaint. ECF 19, 37. Defendants filed a second partial motion to dismiss and Answers to each the first and second amended complaint. ECF 26, 27, 41. As of February 13, 2020, all pleadings had been filed and briefing had been completed on the conditional

certification motion and motion to dismiss.

5. On March 6, 2020, the Court denied Defendants' motion to dismiss, and granted Plaintiffs' motion for conditional certification in part, directing the Parties to submit an agreed-upon collective action notice within seven days. ECF 38, 39. The Parties filed their proposed notice on March 13, 2020, and the Court approved it on March 24, 2020. ECF 42 and 43.

6. The Parties now jointly seek approval to commence discovery and the dissemination of collective action notice on April 1, 2020. They also seek permission to file a proposed scheduling order, setting forth the close of discovery and relevant motion deadlines after the closure of the notice period to allow for time to determine the extent of discovery that will be necessary in light of the size of the opt-in class.

7. Thus, the Parties seek approval of the preliminary scheduling order proposed below.

| **Date** | **Event** |
|---|---|
| April 1, 2020 | Discovery Begins; Beginning of Notice Period |
| June 30, 2020 | Close of Notice Period |
| July 6, 2020 | Submission of status report and proposed revised scheduling order |

Respectfully submitted:

| /s/ | /s/ |
|---|---|
| Monisha Cherayil (Federal Bar No. 18822) | Yedidyah Charner (Federal Bar No. |
| Sally Dworak-Fisher (Federal Bar. No. 27321) | Emmett F. McGee (Federal Bar No. |
| THE PUBLIC JUSTICE CENTER | JACKSON LEWIS P.C. |
| One North Charles Street, Suite 200 | 2800 Quarry Lake Drive, Suite 200 |
| Baltimore, MD 21201 | Baltimore, MD 21209 |
| Tel: (410) 625-9409 | Tel: (410) 415-2000 |
| Fax: (410) 625-9423 | Fax: (410) 415-2001 |
| cherayilm@publicjustice.org | jed.charner@jacksonlewis.com |

dworak-fishers@publicjustice.org      Emmett.mcgee@jacksonlewis.com

Mark Hanna (Federal Bar No. 16031)      *Attorneys for Defendants*
Roseann R. Romano (Federal Bar No. 19843)
Adam Breihan (Federal Bar No. 21183)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
Fax: (202) 296-9600
mhanna@murphypllc.com
rromano@murphypllc.com
abreiahn@murphypllc.com

Daniel A. Katz (Federal Bar No. 13026)
Joanna Wasik (Federal Bar No. 21063)
Hannah E. M. Lieberman (Federal Bar No. 05456)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Phone: (202) 319-1000 ext. 135
Fax: (202) 319-1010
Daniel_Katz@washlaw.org
Joanna_Wasik@washlaw.org
Hannah_Lieberman@washlaw.org

*Attorneys for Plaintiffs*