IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TORRAY BAYLOR, et al. on behalf of
themselves and all similarly-situated persons,

                      Case No. 1:19-cv-1195

        Plaintiffs,

vs.

HOMEFIX CUSTOM REMODELING CORP.,
et al.,

        Defendants.
_____/

**NOTICE OF FILING CONSENTS TO JOIN ACTION**

Pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file Consents to become party plaintiff in the above-captioned case on behalf of:

1. Amber O. Austin
2. Mark G. Banks Sr.
3. William Robert Battle Jr.
4. Alexis Bennett
5. Catherine Elizabeth Bledsoe
6. Terrence Brown
7. Chase Calhoun
8. Ecquan Cheatham
9. Jaylaan Bell Colley
10. Jazmine Dickman
11. Cole Dondiego
12. Natorius Douglas
13. Christine Duda

14. Kelsi Ferguson
15. Ezekiel Green III
16. Sophia Hartwick
17. William James Heath
18. Alan Hidalgo-Lobo
19. Jonathan Wesley Hodge
20. Corbin Hudson
21. James Hughes-Huggins
22. Ernest Jackson
23. Martin Johnson
24. Shaunterri Johnson
25. Brietta M. Jones
26. Kyle Jones
27. Erik Judy
28. Donald L. King Jr.
29. Grace Lee
30. Donald Keith Lewis Jr.
31. Kip Malone
32. Andrew Messer
33. Kenyon Nash
34. Chad Nelson
35. Shakeriah Osbourne
36. LaQuan Outlaw

37. Skylar Pae
38. Andre Popwell
39. Dante Maliek Ray
40. Carrie Reynolds
41. Troy Rhoney
42. Richard Earl Richardson II
43. Jesenia Rivera
44. S. Bryson Scales IV
45. Nathaniel Schroeder
46. Thomas Scornavacchi
47. Wesley Sheldon
48. Robert Lee Stevens Jr.
49. Kevin Swartz
50. Desmond D. Sykes Jr.
51. Natalie Hope Taylor
52. Lane Tharpe
53. Sean Thiltgen
54. James N. Tinner
55. Latoya Wade
56. Ronald Jerome Watkins
57. Tione Williams
58. Frank Wilson
59. Jamar Wortley

The signed Consent forms are attached as Exhibit A.

Dated:  April 17, 2020	Respectfully submitted,

/s/ *Roseann R. Romano*
Mark Hanna (Bar No. 16031)
Roseann R. Romano (Bar No. 19843)
Adam Breihan (Bar No. 21183)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Tel: (202) 223-2620
Fax: (202) 296-9600
mhanna@murphypllc.com
rromano@murphypllc.com
abreihan@murphypllc.com

Monisha Cherayil (Bar No. 18822)
Sally Dworak-Fisher (Bar. No. 27321)
THE PUBLIC JUSTICE CENTER
One North Charles Street, Suite 200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
cherayilm@publicjustice.org
dworak-fishers@publicjustice.org

Daniel A. Katz (Bar No. 13026)
Joanna Wasik (Bar No. 21063)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Phone: (202) 319-1000 ext. 135
Fax: (202) 319-1010
Daniel_Katz@washlaw.org
Joanna_Wasik@washlaw.org

*Counsel for the Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Consents to Join Action was served on all counsel of record via the Court's ECF system on this 17th day of April, 2020.

s/ <u>*Roseann R. Romano*</u>