# Exhibit A

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** JAMILLA LYN ABORAS-BREWER

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/9/20     **Sign:** _____

**Phone:** 757-776-4247

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** _Raymond Bontrice (Bontrice)_

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** _4/14/2020_   **Sign:** _Raymond Bontrice_

**Phone:** _757-497-3153_

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** OSIRIS BASHIR

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/14/2020          **Sign:** Osiris Bashir

**Phone:** 919 630 0058

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Jack Candrill

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/4/20          **Sign:** _____

                        **Phone:** 804-888-5081

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Raymond Covey

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/16/2020   **Sign:** Raymond Covey

**Phone:** 757-497-3153

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Brannon Corbin

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/19/2020   **Sign:** _____

**Phone:** 757 977 4103

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Nathan Crenlow

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** April 15, 2020   **Sign:** _____

**Phone:** (804) 971-0586

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** _____Emily Dillon_____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** _04.17.2020_    **Sign:** _____

**Phone:** _443.351.5222_

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Tyrell Ellis

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 5/13/20      **Sign:** Tyrell Ellis

**Phone:** 302-781-0543

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Bishop Evans

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-19-20    **Sign:** Bishop Evans

**Phone:** 410-962-8075

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** _Ferrari Ferdinand_

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson FLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** _4-16-20_     **Sign:** _Ferrari Ferdinand_

**Phone:** _757-717-4899_

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Andrea R. Ferguson

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-16-20   **Sign:** _____

**Phone:** 703 368-7314 (Home #)

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Eric M Havens-Beaupré

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** April 13, 2020      **Sign:** _____

**Phone:** 571 359 0700

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Rashaad Jarvis

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-15-20     **Sign:** Rashaad Jarvis

**Phone:** (919) 799-1430

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Austin Sage Larrabee

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint-employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 04/11/2020      **Sign:** Austin Larrabee

**Phone:** 804-572-6750

### IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005**

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Cameron J Lewis

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/14/2020     **Sign:** Cameron J Lewis

**Phone:** (571) 385-7244

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Delecia J Lyons

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/6/2020      **Sign:** _____

**Phone:** (202) 321-9624

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Tanya Marshall

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/18/20   **Sign:** Tanya Marshall

**Phone:** 302-357-9748

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to Fair Labor Standards Act
#### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Devaughn Armanp Mann

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-14-2020   **Sign:** _____

**Phone:** (757) 300-8570

**IF YOU CHOOSE TO PARTICIPATE,
PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Xavier D. McCorkle

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/14/2020   **Sign:** _Xavier McCorkle_

**Phone:** 917 - 703 - 0894

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

Xaviermccorkle@gmail.com – email

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Melanie Megela

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/15/2020     **Sign:** Melanie Megela

**Phone:** 804-774-5922

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Dylan M Melgarejo

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 04-03-2020   **Sign:** _____

**Phone:** 754-777-1321

**IF YOU CHOOSE TO PARTICIPATE,
PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005**

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Ron Newsome JR.

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/6/2020    **Sign:** _____

**Phone:** 757-842-1732

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Imer Deshaun Parker

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-21-20      **Sign:** _____

                **Phone:** 757-593-8530

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** ~~Imonei Mhe Parker~~

1.   I am over the age of eighteen and competent to give my consent in this matter.

2.   I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.   I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.   I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.   I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.   I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.   I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4-21-2020   **Sign:** ~~Imonei Parker~~

**Phone:** 757-793-5861

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** PERCIVAL PENNERMAN.

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** Friday 4.10.20   **Sign:** _____

**Phone:** C. 202.494.0884
H. 301.743-7677
E-mail PRINGLEMAN 02 @ yahoo.com

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

~ P.T.O ~

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** _Timothy Pridgen_

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** _4/22/2020_   **Sign:** _____

**Phone:** _301-333-8295_

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Robert Schwickert

1.  I am over the age of eighteen and competent to give my consent in this matter.

2.  I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3.  I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4.  I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6.  I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7.  I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8.  I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/10/20      **Sign:** Keith Gitt

**Phone:** 540-429-0621

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

540-429-0621
nine

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

*Side note: I worked for homefix for over a few years and wrote hundreds and hundreds of leads. I know they took advantage of me for a long time.*

*ST*

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)

*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Sean James Tyree

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/17/20        **Sign:** _____

**Phone:** 703 606 0566

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

Name: **Kayla Warren**

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

Date: **4/21/2020**  Sign: _____

Phone: **757 - 371 - 3425**

**IF YOU CHOOSE TO PARTICIPATE,**
**PLEASE RETURN THIS FORM TO:**

Mark Hanna & Roseann R. Romano
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Jasmyne Wills

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 4/20/20      **Sign:** _Jasmyne Wills_

**Phone:** (413) 378-4325

**IF YOU CHOOSE TO PARTICIPATE,
PLEASE RETURN THIS FORM TO:**

Mark Hanna & Roseann R. Romano
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. § 216(b)
*Baylor et al. v. Homefix Custom Remodeling Corporation et al.*

**Name:** Daniel Zanganah

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Homefix Custom Remodeling Corporation d/b/a Homefix Corporation, Tope Lala, Keith Sinnott, and/or Adam Shampaine ("Defendants"), directly and as joint employers, for at least some period of time between March 6, 2017 and the present.

3. I claim that during some week or weeks of my work for Homefix, I was paid less than the federal minimum wage of $7.25 per hour or I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I consent and agree to pursue my claims for unpaid minimum and overtime wages and damages arising out of the work I performed for Defendants.

5. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover my unpaid minimum and overtime wages, as well as other benefits including liquidated damages.

6. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

7. I choose to be represented by Murphy Anderson PLLC, the Public Justice Center, and the Washington Lawyers Committee for Civil Rights and Urban Affairs, for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

8. I also designate the named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit.

**Date:** 04/08/20      **Sign:** _____

**Phone:** (757) 692-2651

### IF YOU CHOOSE TO PARTICIPATE,
### PLEASE RETURN THIS FORM TO:

**Mark Hanna & Roseann R. Romano**
**MURPHY ANDERSON PLLC**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**