IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

TORRAY BAYLOR, et al. on behalf of
themselves and all similarly-situated persons,

         Plaintiffs,

vs.

HOMEFIX CUSTOM REMODELING CORP.,
et al.,

         Defendants.

_____

Case No. 1:19-cv-1195

**JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Representative Plaintiffs Torray Baylor, Antonio Dorsey, Kevon McDonald, and Kym Thornton, and the 244 other Plaintiffs who have filed Consents to Join this Lawsuit (collectively, "Plaintiffs"), together with Defendants Homefix Custom Remodeling Corp., Tope Lala, Keith Sinnott, and Adam Shampaine (collectively, "Defendants") (collectively, Plaintiffs and Defendants are "the Parties"), by and through undersigned counsel, jointly move the Court for an Order:

(1)    Granting final approval of the Settlement Agreement and Release executed by the Parties and filed with the Court ("Agreement");

(2)    Approving Class Action Implementation Group to serve as the Settlement Administrator to distribute the settlement payments, pursuant to the terms of the Agreement;

(3)     Approving the settlement payments to Participating Settlement Members and Additional Participating Settlement Members, pursuant to the terms of the Agreement;

(4)     Approving Participating Settlement Members' and Additional Participating Settlement Members' release of their claims in exchange for the consideration provided by Defendants, pursuant to the terms of the Agreement;

(5)     Approving the Service Awards payments to the four Representative Plaintiffs, pursuant to the terms of the Agreement;

(6)     Approving the Attorneys' Fees and Expenses Payment to Collective Class Counsel, pursuant to the terms of the Agreement;

(7)     Directing the Parties to notify the Court within five days of either: (1) the Parties becoming aware that the circumstances in which Defendants can nullify the Agreement do not apply, or (2) the date by which Defendants may nullify the Agreement has passed and Defendants did not nullify the Agreement; and

(8)     Dismissing the above-captioned lawsuit with prejudice, as of the date that the Parties inform this Court that either the circumstances in which Defendants can nullify the FLSA Settlement do not apply or that the date by which Defendants may nullify the Agreement has passed and Defendants have not nullified the Agreement.

The bases of the Parties' Motion are set forth in the accompanying Memorandum of Points and Authorities and attached exhibits. The parties also submit a Proposed Order, attached hereto.

Dated: March 31, 2021                             Respectfully submitted,


 s/ Mark Hanna                                     s/ Emmett F. McGee
Mark Hanna (Bar No. 16031)                        Emmett F. McGee, Jr. (Bar No. 08462)
Roseann R. Romano (Bar No. 19843)                 Yedidyah Charner (Bar No. 20968)
Adam Breihan (Bar No. 21183)                      JACKSON LEWIS P.C.
MURPHY ANDERSON PLLC                              2800 Quarry Lake Drive, Suite 200
1401 K Street NW, Suite 300                       Baltimore, Maryland 21209
Washington, DC 20005                              Phone: (410) 415-2000
Tel: (202) 223-2620                               Fax: (410) 415-2001
Fax: (202) 296-9600                               emmett.mcgee@jacksonlewis.com
mhanna@murphypllc.com                             jed.charner@jacksonlewis.com
rromano@murphypllc.com
abreihan@murphypllc.com                           *Attorneys for Defendants*

Monisha Cherayil (Bar No. 18822)
Sally Dworak-Fisher (Bar. No. 27321)
THE PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
cherayilm@publicjustice.org
dworak-fishers@publicjustice.org

Daniel A. Katz (Bar No. 13026)
Joanna Wasik (Bar No. 21063)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000 ext. 135
Fax: (202) 319-1010
Daniel_Katz@washlaw.org
Joanna_Wasik@washlaw.org

*Attorneys for Plaintiffs*