# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

TORRAY BAYLOR, et al. on behalf of
themselves and all similarly-situated persons,

        Plaintiffs,

vs.

HOMEFIX CUSTOM REMODELING CORP., et al.,

        Defendants.

Case No. 1:19-cv-1195

FILED ____ ENTERED ____
LOGGED ____ RECEIVED ____

APR 1 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## ORDER

Upon the Joint Motion for Final Approval of Settlement Between Plaintiffs and Defendants ("Motion") (Plaintiffs and Defendants are "the Parties"), it is hereby:

ORDERED that the Parties' Motion is hereby GRANTED in its entirety; and it is further

ORDERED that the Settlement Agreement and Release ("Agreement") executed by the Parties is hereby APPROVED; and it is further

ORDERED that:

(a)    Class Action Implementation Group is hereby APPROVED to serve as the Settlement Administrator to distribute the settlement payments, pursuant to the terms of the Agreement;

(b)    The settlement payments to Participating Settlement Members and Additional Participating Settlement Members, as those terms are defined in the Parties'

Motion and Agreement, are APPROVED, pursuant to the terms of the Parties' Motion and Agreement;

(c) The Participating Settlement Members' and Additional Participating Settlement Members' release of their claims in exchange for the consideration provided by Defendants, under the terms of the Agreement, is hereby APPROVED;

(d) The Service Awards payments to the four Representative Plaintiffs, as those terms are defined in the Parties' Motion, are hereby APPROVED, pursuant to the terms of the Parties' Motion and Agreement;

(e) The Attorneys' Fees and Expenses Payment to Collective Class Counsel, as those terms are defined in the Parties' Motion, is hereby APPROVED, pursuant to the terms of the Parties' Motion and Agreement;

(f) The Parties shall notify the Court within five days of either: (1) the Parties becoming aware that the circumstances in which Defendants can nullify the Agreement do not apply, or (2) the date by which Defendants may nullify the Agreement has passed and Defendants did not nullify the Agreement; and

(g) The above-captioned Lawsuit, and all claims asserted therein, is hereby DISMISSED WITH PREJUDICE, as of the date that the Parties inform this Court that either the circumstances in which Defendants can nullify the Agreement do not apply or that the date by which Defendants may nullify the Agreement has passed and Defendants have not nullified the Agreement.

This Court shall retain jurisdiction over this case for purposes of enforcing the terms of the Agreement, if necessary.

Date April 1, 2021

/s/ Richard D. Bennett
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE